UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| LISA T., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 3:20-CV-05479-MAT <br><br><br> ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Appeals Council will instruct the administrative law judge (ALJ) to offer Plaintiff the opportunity for a new hearing and issue a new decision. The Appeals Council will instruct the ALJ to reevaluate Plaintiff's symptom testimony and lay statement of her husband; reconsider the opinion evidence consistent with 20 C.F.R. § 404.1520c; reassess Plaintiff's residual functional capacity consistent with 20 C.F.R. § 404.1945, SSR 96-8p, and SSR 85-15; and proceed with the sequential evaluation as necessary.

Page 1        ORDER - [3:20-CV-05479-MAT]

Upon proper application, the Court will consider whether reasonable attorney fees should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Judgment shall be entered for Plaintiff.

DATED this 14th day of December, 2020.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov